```
             UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF NEW HAMPSHIRE
```

<u>United States of America</u>

    **v.**                                           Criminal No.  05-cr-277-01-B

<u>Praelou Roberts</u>

### O R D E R

The defendant has moved to continue the February 7, 2006 trial in the above case.  Defendant cites the need for additional time to investigate this matter, prepare for trial or complete plea negotiations.  The government does not object to a continuance of the trial date.

Accordingly, in order to allow the parties additional time for negotiations and/or properly prepare for trial, the court will continue the trial from February 7, 2006 to June 6, 2006. In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The January 31, 2006 final pretrial conference is continued until May 25, 2006 at 4:00 pm.

SO ORDERED.

/s/ Paul Barbadoro
Paul Barbadoro
Chief Judge

January  30, 2006

cc:  Jeffrey Levin, Esq.
     Arnold Huftalen, Esq.
     United States Probation
     United States Marshal