**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**


<u>United States of America</u>

    **v.**　　　　　　　　　　　　　　　Case No. 05-cr-277-01-PB

<u>Praelon Roberts</u>


### <u>O R D E R</u>

The defendant, through counsel, has moved to continue the September 6, 2006 trial in the above case, citing the need for additional time to engage in plea negotiations. The government does not object to a continuance of the trial date.

Accordingly, in order to allow the parties additional time to negotiate a plea agreement or properly prepare for trial, the court will continue the trial from September 6, 2006 to December 5, 2006. In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The August 29, 2006 final pretrial conference is continued until November 20, 2006 at 3:30 p.m.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

August 28, 2006

cc: Jeffrey Levin, Esq.
    Arnold Huftalen, AUSA
    United States Probation
    United States Marshal